No. 03–10500. WEATHERSBY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 03–10501. ROTHEWELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10507. TURNER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–10514. DANIELS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 03–10516. BEAL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10518. GRIGGS *v.* FLEMING, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 03–10520. HARRIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–10522. MUNIZ-SOLIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–10524. CORDELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 03–10525. CAMPBELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 03–10526. DOE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 03–10529. SHEPHERD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 03–10530. VALADEZ SOTO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.*